HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
ERIC RAMOS HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERIC RAMOS HERNANDEZ<br><br>Defendant. | Case No. 2:26-cr-00112-DC-1<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE, SET MOTION HEARING AND BRIEFING SCHEDULE**<br><br>Date: September 25, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Dena M. Coggins |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Assistant United States Attorney Adrian T. Kinsella, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Eric Ramos Hernadez, that the status conference, currently scheduled for September 25, 2026, at 9:30 a.m., be vacated and a Non-Evidentiary Motion Hearing be set for November 20, 2026 at 9:30 a.m. The parties request that the Court order the following briefing schedule:

Defendant's Motion to dismiss due: October 8, 2026

Plaintiff's Opposition to Defendant's Motion to dismiss due: November 5, 2026

Defendant's Reply due: November 12, 2026

Non-Evidentiary Motion Hearing: November 20, 2026

///

///

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 25, 2026 to November 20, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], and 18 U.S.C.§ 3161(h)(1)(D), [Local Code E] because it results from defense preparation, a pending motion and is a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant.

Respectfully submitted,

Dated: September 16, 2026

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
ERIC RAMOS HERNANDEZ

Dated: September 16, 2026

ERIC GRANT
United States Attorney

/s/ *Adrian T. Kinsella*
ADRIAN T. KINSELLA
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read, and considered the parties' stipulation filed on September 16, 2026 (Doc. No. 23), and good cause appearing therefrom, APPROVES the parties' stipulation *as modified*. The status conference scheduled for September 25, 2026, at 9:30 a.m. is hereby VACATED and a Non-Evidentiary Motion Hearing is scheduled for December 4, 2026 (opposed to the parties' requested date of November 20, 2026). The parties are directed to follow the briefing schedule below:

Defendant's Motion to dismiss due: October 8, 2026

Plaintiff's Opposition to Defendant's Motion to dismiss due: November 5, 2026

Defendant's Reply due: November 12, 2026

Non-Evidentiary Motion Hearing: December 4, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins.

The time period between September 25, 2026 and December 4, 2026, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A), B(iv) [Local Code T4], and 18 U.S.C. § 3161(h)(1)(D) [Local Code E] as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated: **September 17, 2026**

Dena Coggins
United States District Judge