HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
ERIC RAMOS HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ERIC RAMOS HERNANDEZ<br>Defendant. | Case No. 2:26-cr-00112-DC-1<br>**STIPULATION AND ORDER TO CHANGE THE BRIEFING SCHEDULE** |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Assistant United States Attorney Adrian T. Kinsella, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Eric Ramos Hernadez, that the parties have conferred and are requesting to change the currently set briefing schedule. It is requested that the Court order the following briefing schedule:

Defendant's Motion to dismiss due: October 15, 2026

Plaintiff's Opposition to Defendant's Motion to dismiss due: November 12, 2026

Defendant's Reply due: November 24, 2026 by Noon

////

////

////

////

Respectfully submitted,

Dated: October 7, 2026

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
ERIC RAMOS HERNANDEZ

Dated: October 7, 2026

ERIC GRANT
United States Attorney

/s/ *Adrian T. Knsella*
ADRIAN T. KINSELLA
Assistant U.S. Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the court, having received, read, and considered the parties' stipulation filed on October 7, 2026 (Doc. No. 25), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the non-evidentiary motion hearing set for December 4, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins remains unchanged and the parties are directed to follow the briefing schedule below:

Defendant's Motion to dismiss due: October 15, 2026

Plaintiff's Opposition to Defendant's Motion to dismiss due: November 12, 2026

Defendant's Reply due: November 24, 2026 by Noon

IT IS SO ORDERED.

Dated: **October 8, 2026**

Dena Coggins
United States District Judge