HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defenders
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Mia_Crager@fd.org

Attorneys for Defendant
ERIC RAMOS HERNANDEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ERIC RAMOS HERNANDEZ,<br>Defendant. | Case No. 2:26-cr-00112-DC-1<br>**SEALING ORDER**<br>Judge: Hon. Dena M. Coggins |

**IT IS HEREBY ORDERED** that the Request to Seal Exhibit K of Mr. Ramos Hernandez's Motion to Dismiss be granted so that sensitive and private information of a third party is not available on the public docket. The records are to be provided to the court and Government counsel. These documents shall remain under seal until further Order of the court.

IT IS SO ORDERED.

Dated: **October 21, 2026**

Dena Coggins
United States District Judge